In the Matter of: **James W. KEENAN, Debtor.**

**Suppa, Trucchi & Henein, LLP; et al., Appellants,**

v.

**Ross M. Pyle; et al., Appellees.**

**No. 08–55317.**

United States Court of Appeals, Ninth Circuit.

Submitted July 29, 2009.*

Filed Aug. 3, 2009.

Samy Henein, Suppa, Trucchi & Henein, LLP, San Diego, CA, for Appellants.

Edward Silverman, Sandler Lasry Laube Byer & Valdez, LLP, San Diego, CA, for Appellees.

Before: WALLACE, LEAVY, and HAWKINS, Circuit Judges.

R.App. P. 34(a)(2).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

**812**

MEMORANDUM **

Samy Henein and Suppa, Trucchi & Henein ("appellants") appeal from a district court order affirming the bankruptcy court's imposition of sanctions for violation of Bankruptcy Rule 9011 in the filing of a disqualification motion. We have jurisdiction pursuant to 28 U.S.C. § 158(d). We review decisions of the bankruptcy court independently without deference to the district court's determinations. *Leichty v. Neary (In re Strand)*, 375 F.3d 854, 857 (9th Cir.2004). We affirm.

The record indicates that appellants filed their motion for improper purposes, with a dubious legal basis, and without evidentiary support, and, thus, the bankruptcy court did not abuse its discretion by imposing sanctions under Rule 9011. *See Marsch v. Marsch (In re Marsch)*, 36 F.3d 825, 831 (9th Cir.1994) (per curiam) (concluding that the bankruptcy court did not abuse its discretion by imposing sanctions based on the filing's "flimsy legal basis" and a showing of improper purpose); *Leavitt v. Soto (In re Leavitt)*, 171 F.3d 1219, 1223 (9th Cir.1999) ("The appellate court may affirm the lower court on any ground fairly supported by the record.").

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

